# In the United States Court of Federal Claims

No. 07-232 C

(Filed: August 2, 2007)

| | |
|---|---|
| ********************************** | |
| **CHRISTOPHER J. GRUSH,** | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On July 31, 2007, Defendant filed an Unopposed Motion to Stay Proceedings. The motion is granted. This case is hereby stayed.

The Court ORDERS the parties to file a Joint Status Report within 14 days of the issuance of a decision by the Supreme Court on plaintiff's petition for writ of certiorari in *Adams v. United States*, 471 F.3d 1321 (Fed. Cir. 2006), or, if no decision by the Supreme Court issues beforehand, then on **December 3, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge