# In the United States Court of Federal Claims

No. 07-232 C

(Filed: January 31, 2008)

```
***********************************
CHRISTOPHER J. GRUSH,              *
                                   *
                  Plaintiffs,      *
                                   *
      v.                           *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
                                   *
***********************************
```

## ORDER

This case was stayed on August 2, 2007, to await decision on a petition for certiorari in *Adams v. United States*, 471 F.3d 1321 (Fed. Cir. 2006). On January 7, 2008, the petition was denied. The parties filed a joint status report on January 17, 2008, which stated that "Plaintiffs are considering what further action to take at this time."

The Court ORDERS the parties to file a Joint Status Report on or before **February 22, 2008**. The joint status report shall inform the Court of the following:

(1) Which, if any, of Plaintiff's claims (with reference to the Complaint) have been settled.[1]

(2) Which, if any, of Plaintiff's claims (with reference to the Complaint) the parties anticipate will be the subject of settlement negotiations.

(3) Which, if any, of Plaintiff's claims (with reference to the Complaint) the

---

[1] *See* Motion for a Stay of Proceedings, July 31, 2007 ("There is a substantial likelihood that the FLSA claims of DEA diversion investigators in the latter cases – including this case – will be settled upon terms generally similar to those contained in the June 29, 2007 partial settlement agreement").

parties anticipate will not be the subject of settlement negotiations.[2]

(4) How the parties propose to proceed in this case, including a proposal of relevant deadlines. (E.g., Will the parties attempt to settle on their own accord, participate in alternative dispute resolution, resolve the case through dispositive motions, or proceed to trial? Do the parties believe additional discovery is necessary?)

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[2] *See* Motion for a Stay of Proceedings, July 31, 2007 ("One issue in these claims was not resolved in the June 29, 2007 partial settlement agreement, and it is unlikely that [the] parties will resolve this issue through settlement").