IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHRISTOPHER J. GRUSH,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 07-232C<br>(Judge Edward J. Damich) |

**JOINT STATUS REPORT**

Pursuant to the Order filed January 31, 2008, the parties respectfully submit the following Joint Status Report:

1. None of the claims of plaintiff Christopher J. Grush have been settled;

2. The parties anticipate that all of the claims of the plaintiff will be the subject of settlement negotiations other than his claims for driving to and from work in a Government vehicle;

3. The parties do not anticipate that the plaintiff's back pay claims for driving to and from work in a Government vehicle will be the subject of settlement negotiations; and

4. The parties propose to continue to negotiate a settlement on their own accord for the non-driving claims of plaintiff. They anticipate resolving the plaintiff's claims for back pay for driving to and from work in a Government vehicle through dispositive motions. Plaintiff believes that additional discovery may be necessary regarding plaintiff's back pay claims for driving to and from work in a Government vehicle. Defendant believes that discovery concerning plaintiff's claim for driving time is unwarranted and an undue burden, that this claim is controlled by Adams v. United States, 471 F.3d 1321 (Fed. Cir. 2006), cert. denied, 128 S.Ct. 866 (2008), and that, under this controlling precedent, plaintiff's driving claim should be dismissed as a matter of law.

Respectfully submitted,

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: February 22, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: February 22, 2008

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 22nd day of February 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**