IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHRISTOPHER J. GRUSH,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 07-232C<br>(Chief Judge Edward J. Damich) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of four days, through and including May 2, 2008, within which the parties may file a joint status report. The joint status report is currently due on April 28, 2008. This is our first request for an enlargement of time for this purpose. Counsel for Mr. Grush has indicated that Mr. Grush is not opposed to this motion.

This request for an enlargement of time is necessary because Government counsel assigned to this case, Shalom Brilliant, has been out of the office from April 21 through April 28, 2008. Although the Government previously anticipated that the JSR could be drafted and filed in Mr. Brilliant's absence, on April 28, 2008 it became apparent that certain issues regarding the JSR may not be adequately resolved in Mr. Shalom's absence. For these reasons, we respectfully request an extension of time of four days, through and including May 2, 2008, within which to file the joint status report.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ Michael J. Dierberg for Shalom Brilliant
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: April 28, 2008