IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHRISTOPHER J. GRUSH,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-232C<br>(Chief Judge Damich) |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on March 28, 2008, plaintiff and defendant respectfully submit the following joint status report:

1. Since the filing of the parties' last joint status report, the parties have continued to discuss settlement of plaintiff's claims, except for claims based upon time spent driving between home and work in a Government vehicle. Toward this end, the parties agreed that plaintiff would submit to defendant a statement of the hours of Fair Labor Standards Act ("FLSA") hours he claims to have worked during the times in question (other than home-to-work driving time), and defendant would compute the amount of back pay that would be appropriate based upon this submission. The parties would then discuss whether the amount computed by defendant would be adequate to resolve plaintiff's claim other than for home-to-work driving time.

2. On March 27, 2008, plaintiff's counsel forwarded to defendant statements of FLSA hours for plaintiff in this case and 53 other plaintiffs in various other cases. Defendant has completed computations for five plaintiffs in two of the other cases, and has forwarded these computations to plaintiff's counsel. Defendant anticipates completing computations for the plaintiff in this case by May 16, 2006.

Respectfully submitted,

JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: May 2, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

TODD M. HUGHES
Deputy Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: May 2, 2008

CERTIFICATE OF FILING

I hereby certify that on the 2nd day of May, 2008, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**